CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 11 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| DELANTE ROPER,<br>Petitioner | Civil Action No. 5:12-cv-80414<br>Criminal Action No. 5:08-cr-00039 |
| v. | ORDER |
| UNITED STATES OF AMERICA,<br>Respondent. | By: Hon. Glen E. Conrad<br>United States District Judge |

This case is before the court on the government's motion to dismiss the petitioner's 28 U.S.C. § 2255 motion to vacate. For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the government's motion to dismiss is **GRANTED**, that the petitioner's motion to vacate is **DENIED**, and that a certificate of appealability is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to Roper and to all counsel of record.

ENTER: This 11th day of September, 2012.

/s/ Glen Conrad
Chief United States District Judge